# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GENE ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:03-cv-0422-HDM-RAM |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| STATE OF NEVADA, | ) | |
| | ) | |
| Defendant. | ) | |

    Before the court is plaintiff Gene Allen's motion entitled "Motion to Vacate this Judgment Denying H/C Relief" (#8). On September 8, 2003, plaintiff filed a notice of voluntary dismissal (#4). On September 23, 2003, this court entered an order dismissing the action without prejudice (#5). Judgment was entered on September 24, 2003 (#6). On May 14, 2010, plaintiff filed his motion to vacate judgment (#8). Plaintiff's motion (#8) is DENIED.

    IT IS SO ORDERED.

    DATED: June 28, 2010.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE